IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. 18-101-2 |
| | : |
| VINCENT THOMPSON | : |

**ORDER**

AND NOW, this 10th day of September, 2021, upon consideration of the Government's Motion to Unseal, it is hereby

**ORDERED**

that the government's motion be, and hereby is, GRANTED, and that the Transcript of the Change of Plea hearing in this matter is hereby temporarily, **UNSEALED**.

BY THE COURT:

/s/ Gene E.K. Pratter
HONORABLE GENE E.K. PRATTER
*United States District Court Judge*